HELENE WASSERMAN, Bar No. 130134
hwasserman@littler.com
JAMES A. BECERRA, Bar No. 308459
jbecerra@littler.com
LITTLER MENDELSON, P.C.
2049 Century Park East
5th Floor
Los Angeles, CA  90067.3107
Telephone: 310.553.0308
Facsimile:  310.553.5583

Attorneys for Defendant
BROOKDALE SENIOR LIVING INC.


NARAK MIRZAIE, ESQ., Bar No. 311508
M. LAW ATTORNEYS, APC
P.O. Box 60091
Pasadena, CA 91102
Telephone: 626.626.4422
Fax No.:    626.626.4420

Attorneys for Plaintiff
SHAKIYA TRAMMEL

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAKIYA TRAMMEL, an individual,<br><br>Plaintiff,<br><br>v.<br><br>BROOKDALE SENIOR LIVING, a California Corporation; and DOES 1 through 100, Inclusive,<br><br>Defendants. | Case No.  5:20-cv-00792 RGK (SHKx)<br><br>ASSIGNED FOR ALL PURPOSES TO JUDGE<br><br>**STIPULATION RE SUBMITTING ACTION TO ARBITRATION AND STAYING PROCEEDINGS**<br><br>Complaint Filed: March 9, 2020 (San Bernardino County Superior Court)<br><br>Trial Date:        Not Set |

STIPULATION TO ARBITRATION

1.

**STIPULATION TO ARBITRATION**

Defendant BROOKDALE SENIOR LIVING , INC. ("Defendant"), as well as Plaintiff SHAKIYA TRAMMEL (collectively, the "Parties"), by and through their respective counsel of record and subject to the Court's approval and order, hereby stipulate and agree as follows:

WHEREAS, on March 9, 2020, Plaintiff filed a Complaint in the San Bernardino County Superior Court, Case No. CIV DS 2006764, asserting claims against Defendant for (1) whistleblower retaliation and wrongful termination in violation of California Labor Code section 1102.5, (2) wrongful termination in violation of public policy, (3) whistleblower retaliation in violation of Health & Safety Code section 1278.5, and (4) failure to produce employment records.

WHEREAS, Plaintiff entered a valid and enforceable arbitration agreement , a true and correct copy of which is attached hereto as **Exhibit A** (the "Arbitration Agreement"), in which she "agree[d] that any past, present, or future dispute arising out of or related to [her] application for employment, employment, and/or termination of employment . . . must be resolved using final and binding arbitration . . . ." (emphasis in original).

WHEREAS, on April 13, 2020, Defendant filed an Answer to Plaintiff's Complaint in the Superior Court, alleging a thirty-third affirmative defense based on the existence of the Arbitration Agreement.

WHEREAS, on April 15, 2020, Defendant timely removed this matter from the Superior Court.

WHEREAS, Plaintiff's instant claims against Defendant, including against Plaintiff's alleged employer Brookdale Senior Living, Inc., arise out of or relate to her employment, and therefore, the Arbitration Agreement applies to and covers the claims alleged in Plaintiff's Complaint against Defendant in the above-captioned matter.

WHEREAS, the Parties have agreed that Defendant Brookdale Senior Living, Inc. will pay all fees and all costs unique to arbitration incurred in connection with the

LITTLER MENDELSON, P.C.
2049 Century Park East
5th Floor
Los Angeles, CA  90067.3107
310.553.0308

STIPULATION TO ARBITRATION                2.

above-captioned action pursuant to *Armendariz v. Foundation Health Psychcare Servs.*, 24 Cal.4th 83 (2000) and paragraph 6 of the Arbitration Agreement ("Brookdale will pay the Arbitrator and arbitration fees . . . .").

WHEREAS, in light of the Parties' agreement to submit all of Plaintiff's claims to binding arbitration, the Parties have agreed to stay all proceedings in this matter until arbitration has completed.

WHEREAS, this Court has the authority to order a stay of all proceedings under the Federal Arbitration Act, 9 U.S.C. § 3 and the California Arbitration Act, California Code of Civil Procedure section 1281.4.

**THEREFORE**, subject to the approval of this Court, it is hereby stipulated and agreed that:

1. All of Plaintiff's claims in this matter shall be submitted to final and binding arbitration, pursuant to the terms of the Arbitration Agreement;

2. This matter shall be stayed and all pending deadlines before or with this Court be taken off calendar until binding arbitration has been completed and a final arbitration award issued, after which time the Parties shall attend a post-arbitration status conference to be set by the Court.

**IT IS SO STIPULATED.**

Dated:   April 17, 2020                                       M. LAW ATTORNEYS, APC


*/s/ Narak Mirzaie*
NARAK MIRZAIE
Attorneys for Plaintiff
SHAKIYA TRAMMEL

LITTLER MENDELSON, P.C.
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

STIPULATION TO ARBITRATION                      3.

| | | |
|---|---|---|
| 1 | Dated: April 17, 2020 | LITTLER MENDELSON, P.C. |
| 2 | | |
| 3 | | */s/ Helene Wasserman* |
| 4 | | HELENE WASSERMAN<br>JAMES A. BECERRA |
| 5 | | Attorneys for Defendant<br>BROOKDALE SENIOR LIVING INC. |

LITTLER MENDELSON, P.C.
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

STIPULATION TO ARBITRATION    4.

## **ATTESTATION REGARDING SIGNATURES**

I, James A. Becerra, attest pursuant to Local Rule 5-4.3.4(a)(2)(i) that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: April 17, 2020                    /s/ *James A. Becerra*
                                                        JAMES A. BECERRA

LITTLER MENDELSON, P.C.
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

STIPULATION TO ARBITRATION      5.